1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5

6  Attorney for Defendant
   **KHADZIMURAD BABATOV**
7

8

9               UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,        )   Case No. 2:12-cr-00118 GEB
12                                   )
              Plaintiff,             )   STIPULATION REGARDING
13                                   )   EXCLUDABLE TIME PERIODS
        v.                           )   UNDER SPEEDY TRIAL
14                                   )   ACT;[PROPOSED] FINDINGS AND
   HURSHID HALDAROV, et al.          )   ORDER
15                                   )
              Defendant.             )
16                                   )
                                     )
17  _____)

18        Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through his counsel of record, hereby stipulate as follows:

20        1.    By previous order, this matter was set for status on July 13, 2012.

21        2.    By this stipulation, defendant now moves to continue the status conference

22  until September 7, 2012 and to exclude time between July 13, 2012 and September 7,

23  2012 under Local Code T4.  Plaintiff does not oppose this request.

24        3.    The parties agree and stipulate, and request that the Court find the

25  following:

26        a.    The government has represented that the discovery associated with this case

27              and the *United States v. Chartaev* case, which was found to be related to

28              this case, includes over 4,000 pages.  All of this discovery has been either

        produced directly to counsel and/or made available for inspection and copying.

  b.    Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with his client.

  c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d.    The government does not object to the continuance.

  e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 13, 2012 to September 7, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 11, 2012                /s/ Steve Lapham
                                       STEVE LAPHAM
                                       Assistant U.S. Attorney

1  Dated: July 11, 2012             /s/ John R. Duree, Jr.
                                    JOHN R. DUREE, JR.
2                                   Attorney for KHADZIMURAD BABATOV

3

4                                O R D E R

5

6        IT IS SO FOUND AND ORDERED.

7  Dated:  July 11, 2012

8

9                                    _____
                                     GARLAND E. BURRELL, JR.
10                                   Senior U. S. District Judge