BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHADZHIMURAD BABTOV,<br><br>Defendants. | CASE NO. 2:11-CR-00514 TLN and 2:12-CR-00118-TLN<br><br>STIPULATION RESETTING RESTITUTION HEARING AND WAIVING 90 DAY REQUIREMENT; FINDINGS AND ORDER<br><br>DATE: December 18, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.   On October 30, 2014 at the conclusion of Judgment and Sentencing, this matter was set for a restitution hearing on December 18, 2014.

2.   By this stipulation, the parties now move to continue the restitution hearing until January 29, 2015, at 9:30 a.m., and to waive the time 90 day time period required for the imposition of a restitution order pursuant to 18 U.S.C. § 3664(d)(5).

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The initial restitution hearing was set well within the 90 day limit set out in 18 U.S.C. § 3664(d)(5).

   b)   Counsel for the United States has been attempting to finalize the amount of restitution potentially owned and coordinate with Bank of America to confirm the actual loss suffered as a result of the defendant's conduct.  The United States needs additional time to

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER                    1

conclude its work on this subject.

   c) The defendant does not object to this continuance request and hereby waives the 90 day time period for entry of a restitution order contemplated by 18 U.S.C. § 3664(d)(5) for the purpose of setting the restitution hearing on January 29, 2015.  Defense counsel is unavailable to attend or participate in a restitution hearing until January 29, 2015, which is the ninety-first day following the entry of Judgment and Sentence. The defendant's waiver of the 90 day time period is effective for this continuance only.

IT IS SO STIPULATED.

Dated:  December 16, 2014        BENJAMIN B. WAGNER
                     United States Attorney

                     /s/ HEIKO P. COPPOLA
                     HEIKO P. COPPOLA
                     Assistant United States Attorney

Dated:  December 16, 2014        /s/ John Duree
                     JOHN DUREE
                     Counsel for Defendant
                     KHADZHIMURAD BABOV

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of December, 2014.

                     Troy L. Nunley
                     United States District Judge