BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00514 TLN AND |
|---|---|
| Plaintiff, | 2:12-CR-00118 TLN |
| v. | STIPULATION RESETTING RESTITUTION HEARING AND WAIVING 90 DAY REQUIREMENT; FINDINGS AND ORDER |
| KHADZHIMURAD BABTOV, | DATE: June 11, 2015 |
| Defendants. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.     On April 14, 2015 by stipulation, reset the restitution hearing in this matter to June 11, 2015. The defendant did not object to the continuance of the restitution hearing.

2.     By this stipulation, the parties now move to continue the restitution hearing until October 29, 2015 and the defendant continues to waive the time 90 day time period required for the imposition of a restitution order pursuant to 18 U.S.C. § 3664(d)(5).

3.     The parties agree and stipulate, and request that the Court find the following:

   a)     The initial restitution hearing was set well within the 90 day limit set out in 18 U.S.C. § 3664(d)(5).

   b)     The parties desire additional time to prepare briefing for this Court's consideration as to the amount of restitution that should be ordered. The parties have agreed to the following briefing schedule. The government's brief will be due on September 11, 2015. The defendant's response, if any, will be due on October 16, 2015.

      c)     Counsel for the United States is engaged in trial preparation and expects to be in trial for 3-4 weeks beginning June 22, 2015 in the case of <u>United States v. Olga Palamarchuk, et.al.</u>, 2:11-CR-0450 TLN.  Counsel for the defendant begins a murder trial in Superior Court on or about August 14, 2014 which is expected to last into the month of September.

      d)     The defendant does not object to this continuance request and hereby continues to waive the 90 day time period for entry of a restitution order contemplated by 18 U.S.C. § 3664(d)(5).

IT IS SO STIPULATED.

Dated:  June 9, 2015                             BENJAMIN B. WAGNER  
                                                  United States Attorney

                                                  /s/ HEIKO P. COPPOLA  
                                                  HEIKO P. COPPOLA  
                                                  Assistant United States Attorney

Dated:  June 9, 2015                               /s/ John Duree  
                                                  JOHN DUREE  
                                                  Counsel for Defendant  
                                                  KHADZHIMURAD BABOV

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9th day of June, 2015.

                                                  Troy L. Nunley  
                                                  United States District Judge